1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF NEVADA**

10  JAMILE PENN

11          Plaintiff,                    Case No.  3:22-cv-00199-ART-CSD

12  vs.                                   **ORDER APPROVING**

13  STATE OF NEVADA, et al.,              STIPULATION OF
                                          DISMISSAL WITH PREJUDICE
14          Defendants.

15          Plaintiff, Jamile Penn, in pro se, and the Defendants Tasheena Cooke and Michelle

16  Perkins, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada,

17  and Kayla D. Dorame, Deputy Attorney General, hereby stipulate that the above-

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    captioned action should be dismissed with prejudice by order of this Court, with each party
2    to bear his own costs.

3    DATED this 16 day of March, 2023          DATED this 24th day of April, 2023

4                                             AARON D. FORD
5                                             Attorney General

6    By: _____            _/s/ Kayla D. Dorame_
                                              By: _____
7        JAMILE PENN #1170713                     KAYLA D. DORAME, Bar No. 15533
         *Plaintiff Pro Se*                       Deputy Attorney General
8
                                                  *Attorneys for Defendants*
9

10
         **IT IS SO ORDERED.**
11
                                             Anne R. Traum
12       **DATED: April 25, 2023**           United States District Court Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28